No. 110, Misc. LITTERIO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.

No. 112, Misc. PEGUESE *v.* NEW YORK. Appellate Division of the Supreme Court of New York, First Judicial Department. Certiorari denied.

No. 121, Misc. MULLINS *v.* ELLIS, GENERAL MANAGER, TEXAS PRISON SYSTEM, ET AL. Court of Criminal Appeals of Texas. Certiorari denied.

No. 126, Misc. UNITED STATES EX REL. BURKE *v.* DENNO, WARDEN. C. A. 2d Cir. Certiorari denied. *Maurice Edelbaum* for petitioner. *Frank S. Hogan* for respondent.

No. 131, Misc. MOORE *v.* NEW YORK. Appellate Division of the Supreme Court of New York, Second Judicial Department. Certiorari denied.

No. 142, Misc. BECK *v.* ILLINOIS. Circuit Court of Will County, Illinois. Certiorari denied.

No. 149, Misc. STEWART *v.* TUCKER, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied.

No. 177, Misc. THOMPSON *v.* PENNSYLVANIA. Supreme Court of Pennsylvania, Western District. Certiorari denied. *Joseph H. Ridge* for petitioner.